IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER CONIDI, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | **Case No.: 1:23-cv-02185** |
| vs. | ) ) | **Honorable Judge Edmond E. Chang** |
| FURRER INC d/b/a CLICLIME.COM and DOES 1-10 | ) ) ) ) | |
| Defendants | ) ) ) ) | |

**FURRER INC d/b/a CLICLIME.COM'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. PROC. 12(B)(2) AND 12(B)(6)**

Defendant, Furrer Inc. d/b/a Cliclime.com ("Furrer Inc."), by its undersigned counsel, respectfully moves this Court for an Order dismissing the Complaint of Plaintiff, Jennifer Conidi ("Plaintiff") with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2), for lack of personal jurisdiction. Further, Plaintiff moves to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6),on the ground that Plaintiff has failed to state a claim upon which relief may be granted against Furrer Inc. The base for Furrer Inc.s' Motion are set forth in the accompanying Memorandum.

WHEREFORE, Furrer Inc. respectfully requests that the Court grant its Rule 12(b)(2) and 12(b)(6) motion with respect to Plaintiff's Complaint in its entirety.

Dated: May 2, 2023

Respectfully submitted,
**Galanis, Pollack, Jacobs & Johnson, SC**

By <u>Electronically signed by Joshua J. Brady</u>
Joshua J. Brady
413 N. Second Street
Suite 150
Milwaukee, WI 53203
(414) 271-5400
jbrady@gpjlaw.com

Zachary L. Enstrom (Appl for Admission forthcoming)
413 N. Second Street
Suite 150
Milwaukee, WI 53203
(414) 271-5400
zenstrom@gpjlaw.com

Eric Scott Thompson (*pro hac vice* pending)
500 Creek View Road
Suite 502
Newark, DE 19711
(320) 509-2565
ethompson@fandpnet.com

*Attorneys for Furrer Inc. d/b/a Cliclime.com*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on this 2nd day of May, 2023, on the following counsel of record via the Court's electronic filing system (CM/ECF):

David B. Levin, Esq.
Law Offices of Todd M. Friedman, P.C.
707 Skokie Blvd., Suite 600
Northbrook, IL 60062
Tel: 224-218-0882
Fax: 866-633-0228
dlevin@toddflaw.com

Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Tel: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com

Attorneys for Plaintiff
JENNIFER CONIDI

                          _____/s/ Joshua J. Brady_____
                                  Joshua J. Brady